UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DON BRADLEY WALLACE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **JUDGMENT** |
| | ) |
| | ) No. 7:13-CV-124-FL |
| ENHANCED RECOVERY COMPANY LLC, | ) |
| | ) |
| | ) |
| Defendants. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment, made pursuant to Federal Rule of Civil Procedure 56, construed by the court as a motion to dismiss for lack of subject matter jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 16, 2015, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on September 16, 2015, and Copies To:**

Christopher W. Livingston (via CM/ECF Notice of Electronic Filing)
James W. Middleton (via CM.ECF Notice of Electronic Filing)
Scott S. Gallagher (via CM.ECF Notice of Electronic Filing)

September 16, 2015            JULIE RICHARDS JOHNSTON, CLERK
                                             /s/ Christa N. Baker
                                            (By) Christa N. Baker, Deputy Clerk